IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, LOCAL 188 PENSION FUND; ET AL., <br><br> Plaintiff, <br><br> v. <br><br> COASTAL WELDING & FABRICATION, INC., <br><br> Defendant. | CIVIL ACTION NO.: 4:22-cv-289 |

**O R D E R**

Plaintiffs filed their Complaint initiating this action on December 8, 2022.  (Doc. 1.) Plaintiffs have since filed a Notice of Voluntary Dismissal, stating their intent to dismiss the case with prejudice.  (Doc. 11.)  No answers or motions for summary judgment have been filed. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** the dismissal of the case, (id.), and **DIRECTS** the Clerk of Court to **DISMISS** this case **WITH PREJUDICE** and to **CLOSE** this case.

**SO ORDERED**, this 10th day of April, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA